JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 873 -- In re McDonnell Douglas Equipment Leasing Funds Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/12/21 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- filed by defts. McDonnell Douglas Capital Income Fund-I; McDonnell Douglas Capital Income IA, L.P.; McDonnell Douglas Capital Income IB, L.P.; McDonnell Douglas Capital Income IC, L.P.; McDonnell Douglas Capital Income ID, L.P.; McDonnell Douglas Capital Income IE, L.P.; Troy Lease Income Fund, Troy Capital Services, Inc., f/k/a McDonnell Douglas Capital Services, Inc.; McDonnell Douglas Capital Corp.; McDonnell Douglas Finance Corp.; McDonnell Douglas Capital Leasing Corp.; MDCC Securities Corp.; McDonnell Douglas Corp; John R. Shasteen; James T. McMillan; Thomas J. Lawlor, Jr.; George M. Rosen; Donald V. Black and Daniel O. Anderson -- for transfer or action -- w/exhibits A thru E and cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: S.D. New York (ds) |
| 91/01/02 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Gruntal & Co., Inc. -- GRANTED TO AND INCLUDING JANUARY 24, 1991 -- Notified involved counsel (rh) |
| 91/01/02 | 3 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Richard Waldman -- GRANTED TO AND INCLUDING JANUARY 24, 1991 -- Notified involved counsel (rh) |
| 91/01/02 | | APPEARANCES -- ROBERT M. KORNREICH, ESQ. for Frank Carpi, etc.; HERBERT BEIGEL, ESQ. for Richard Waldman; JONATHAN M. PLASSE, ESQ. for Michael Edelman, etc.; JAMES A. SMITH, ESQ. for Alan M. Forrester and Thomas F. Husband (rh) |
| 91/01/07 | 4 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Michael R. Edelman, etc. -- GRANTED TO AND INCLUDING JANUARY 24, 1991 -- Notified involved counsel (sg) |
| 91/01/09 | | APPEARANCE -- DAVID M. BRODSKY, ESQ. for Gruntal & Co. (rh) |

JPML FORM 1A

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 873 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/01/11 |  | APPEARANCE -- E. MICHAEL BRADLEY, ESQ. for McDonnell Douglas Capital Income Fund-I; McDonnell Douglas Capital IA, L.P.; McDonnell Douglas Capital Income IB, L.P.; McDonnell Douglas Capital Income IC, L.P.; McDonnell Douglas Capital Income ID, L.P.; McDonnell Douglas Capital Income IE, L.P., Troy Lease Income Fund; Troy Capital Services, Inc. (f/k/a/ McDonnell Douglas Capital Services, Inc.); McDonnell Douglas Capital Corp.; McDonnell Douglas Finance Corp.; McDonnell Douglas Capital Leasing Corp.; MDCC Securities Corp.; McDonnell Douglas Corp.; John R. Chasteen; James T. McMillan; Thomas J. Lawlor, Jr.; George M. Rosen; Donald V. Black and Daniel O. Anderson (rh) |
| 91/01/24 | 5 | RESPONSE -- (to pldg. #1) Richard Waldman -- w/**Eshibits A-F** and cert. of svc. (received 1/24/91) (rh) |
| 91/01/24 | 6 | RESPONSE -- (to pldg. #1) Gruntal & Co., Inc. -- w/cert. of svc. (received 1/24/91) (rh) |
| 91/01/25 | 7 | RESPONSE/MEMORANDUM -- (to pldg. #1) Frank Carpi and Michael Edelman -- w/cert. of svc. (received 1/24/91) (rh) |
| 91/02/01 | 8 | REPLY -- McDonnell Douglas Capital Income Fund-I, McDonnell Douglas Capital Income IA, L.P., McDonnell Douglas Capital Income IB, L.P., McDonnell Douglas Capital Income IC, L.P., McDonnell Douglas Capital Income ID, L.P., McDonnell Douglas Capital Income IE, L.P., Troy Lease Income Fund, Troy Capital Services, Inc. (f/k/a McDonnell Douglas Capital Services, Inc.), McDonnell Douglas Capital Corporation, McDonnell Douglas Finance Corporation, McDonnell Douglas Capital Leasing Corporation, MDCC Securities Corporation, McDonnell Douglas Corporation, John R. Chasteen, James T. McMillan, Thomas J. Lawlor, Jr., George M. Rosen, Donald V. Black and Daniel O. Anderson -- w/cert. of svc. (received 02/01/91) (sg) |
| 91/02/11 |  | AMENDED SCHEDULE A -- Referenced and Attached to (pldg. #1) (sg) |

B.3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 873 --

| Date | | Description |
|---|---|---|
| 91/02/15 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 22, 1991 in Palm Springs, California (rh) |
| 91/03/21 | | HEARING APPEARANCES -- (For hearing on 3/22/91 in Palm Springs, California) E. MICHAEL BRADLEY, ESQ. for McDonnell Douglas Capital Income Fund-I; McDonnell Douglas Capital Income IA, L.P.; McDonnell Douglas Capital Income IB, L.P.; McDonnell Douglas Capital Income, IC, L.P.; McDonnell Douglas Capital Income, ID, L.P.; McDonnell Douglas Capital Income, IE, L.P.; Troy Lease Income Fund; Troy Capital Services, Inc.; McDonnell Douglas Capital Corp.; McDonnell Douglas Finance Corp.; McDonnell Douglas Capital Leasing Corp; MDCC Securities Corp.; McDonnell Douglas Corp.; John R. Chasteen; James T. McMillan; Thomas J. Lawlor, Jr.; George M. Rosen; Donald V. Black and Daniel O. Anderson; ROBERT M. KORNREICH, ESQ. for Frank Carpi; LAWRENCE A. SUCHAROW, ESQ. for Michale R. Edelman; HERBERT BEIGEL, ESQ. for Richard Waldman; DAVID M. BRODSKY, ESQ. for Gruntal & Co., Inc. (rh) |
| 91/03/21 | | WAIVERS OF ORAL ARGUMENT --(For hearing on 3/22/91 in Palm Springs, California) Alan M. Forrester and Thomas F. Husband (rh) |
| 91/04/12 | | CONSENT OF TRANSFEREE COURT -- S.D. New York, for assignment of litigation to Hon. John M. Cannella (cdm) |
| 91/04/12 | | TRANSFER ORDER -- transferring A-3 to the Southern District of New York before the Honorable John M. Cannella -- notified involved judges, clerks, counsel, Panel judges, miscellaneous recipients (cdm) |

JPML Form 1

Revised: 8/78

DOCKET NO. 873 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MCDONNELL DOUGLAS EQUIPMENT LEASING FUNDS SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 12, 1991 | TO | Unpublished | S.D. New York | John M. Cannella | |

Special Transferee Information

DATE CLOSED: 2/8/94

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 873 -- In re McDonnell Douglas Equipment Leasing Funds Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Frank Carpi, etc. v. McDonnell Douglas Capital Income Fund-I, et al. | N.Y.,S. Cannella | 90-Civ-3448 | | | 1/24/94 D | |
| A-2 | Michael R. Edelman v. Troy Lease Income Fund, et al. | N.Y.,S. Canella | 90-Civ-~~3488~~ 6968 | | | 1/24/94 D | |
| A-3 | Richard Waldman, etc. v. Troy Capital Services, Inc., et al. | Mich.,E. Gilmore | 90-Civ-72905-DT | 4/12/91 | 91 Civ 4478 | 2/8/94 D | Dorothy looking for judgment |

July 1992 - Same

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 873 -- In re McDonnell Douglas Equipment Leasing Funds Securities Litigation

---

FRANK CARPI, ETC. (A-1)
Robert M. Kornreich, Esq.
Wolf, Popper, Ross, Wolf & Jones
845 Third Ave.
New York, NY  10022

RICHARD WALDMAN (A-2)
Herbert Beigel, Esq.
Beigel & Sandler, Ltd.
333 West Wacker Drive, Suite 650
Chicago, IL  60606

MICHAEL EDELMAN, ETC. (A-3)
Jonathan M. Plasse, Esq.
Goodkind, Labaton & Rudoff
122 East 42nd St.
New York, NY  10168

ALAN M. FORRESTER
THOMAS F. HUSBAND
James A. Smith, Esq.
Bodman, Longley & Dahling
100 Renaissance Center, 34th Floor
Detroit, MI  48243

GRUNTAL & CO.
David M. Brodsky, Esq.
Schulte, Roth & Zabel
900 Third Ave.
New York, NY  10022

---

DANIEL O. ANDERSON
DONALD V. BLACK
THOMAS J. LAWLOR, JR.
JAMES T. MCMILLAN
GEORGE M. ROSEN
JOHN R. SHASTEEN
TROY LEASE INCOME FUND
TROY CAPITAL SERVICES, INC. (F/K/A
   MCDONNELL DOUGLAS CAPITAL SERVICES,
   INC.)
MCDONNELL DOUGLAS CAPITAL CORP.
MCDONNELL DOUGLAS FINANCE CORP.
MCDONNELL DOUGLAS CAPITAL LEASING CORP.
MDCC SECURITIES CORP.
MCDONNELL DOUGLAS CORP.
MCDONNELL DOUGLAS CAPITAL INCOME FUND-I
MCDONNELL DOUGLAS CAPITAL INCOME IA, L.P.
MCDONNELL DOUGLAS CAPITAL INCOME IB, L.P.
MCDONNELL DOUGLAS CAPITAL INCOME IC, L.P.
MCDONNELL DOUGLAS CAPITAL INCOME ID, L.P.
MCDONNELL DOUGLAS CAPITAL INCOME IE, L.P.
E. Michael Bradley, Esq.
Brown & Wood
One World Trade Center
New York, NY  10048

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 873 -- In re McDonnell Douglas Equipment Leasing Funds Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| McDonald Douglas Capital Income Fund-I | A-1 |
| McDonald Douglas Capital Income IA, L.P. | A-1 |
| McDonnell Douglas Capital Income IB, L.P. | A-1 |
| McDonnell Douglas Capital Income IC, L.P. | A-1 |
| McDonnell Douglas Capital Income ID, L.P. | A-1 |
| McDonnell Douglas Capital Income IE, L.P. | A-1 |
| Troy Lease Income Fund | A-1, A-2 |
| Troy Capital Services, Inc. | A-1, A-2, A-3 |
| McDonnell Douglas Capital Corp. | A-1, A-2 |
| McDonnell Douglas Finance Corp. | A-1, A-2, A-3 |
| McDonnell Douglas Capital Leasing Corp. | A-1, A-2 |

p. 2

| | |
|---|---|
| MDCC Securities Corp. | A-1, A-2, A-3 |
| McDonnell Douglas Corp. | A-1, A-2, A-3 |
| John R. Shasteen | A-1, A-2 |
| James T. McMillan | A-1, ~~A-2~~ A-3 |
| Thomas J. Lawlor, Jr. | A-1, A-3 |
| George M. Rosen | A-1, A-3 |
| Donald V. Black | A-1, A-3 |
| Daniel O. Anderson | A-1, A-3 |
| Alan M. Forrester | A-1, A-3 |
| Gruntal & Co., Inc. | |
| Thomas F. Husband | |