DOCKET NO. 873

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MCDONNELL DOUGLAS EQUIPMENT LEASING FUNDS SECURITIES LITIGATION

BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK,* LOUIS H. POLLAK, HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL

TRANSFER ORDER

This litigation presently consists of three actions pending in two federal districts: two actions in the Southern District of New York and one action in the Eastern District of Michigan. The McDonnell Douglas defendants[1] seek transfer of the Michigan action, pursuant to 28 U.S.C. §1407, to the Southern District of New York for coordinated or consolidated pretrial proceedings with the two actions pending there. The New York plaintiffs support the motion. The Michigan plaintiff and one defendant oppose the motion. Alternatively, the Michigan plaintiff seeks centralization of the two actions involving the Troy Lease Income Fund (Troy Fund) -- one New York action and the Michigan action -- in the Eastern District of Michigan for centralized pretrial proceedings.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Southern District of New York will best serve the convenience of most parties and witnesses and promote the just and efficient conduct of this litigation. These actions share questions of fact arising out of allegations that defendants unlawfully induced investors to purchase limited partnership units in McDonnell Douglas Capital Income Fund-I (MDCIF-I) or in Troy Fund in violation of the federal securities laws. Centralization

---

\* Judge Milton Pollack took no part in the decision of this matter.

[1] The McDonnell Douglas defendants are as follows: MCDIF-I; McDonnell Douglas Capital Income IA, L.P.; McDonnell Douglas Capital Income IB, L.P.; McDonnell Douglas Capital Income IC, L.P.; McDonnell Douglas Capital Income ID, L.P.; McDonnell Douglas Capital Income IE, L.P.; Troy Lease Income Fund; Troy Capital Services, Inc. (f/k/a/ McDonnell Douglas Capital Service, Inc.); McDonnell Douglas Capital Corporation; McDonnell Douglas Finance Securities Corporation; McDonnell Douglas Corporation; John R. Chasteen; James T. McMillan; Thomas J. Lawlor, Jr.; George M. Rosen; Donald V. Black and Daniel O. Anderson.

- 2 -

under Section 1407 is thus desirable in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Southern District of New York is the appropriate transferee district in light of the fact that the first-filed action is pending there; that coordinated discovery is already under way there; that plaintiff classes have been certified in the two New York actions; and that many witnesses and documents can be found there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Eastern District of Michigan be, and the same hereby is, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable John M. Cannella for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

John F. Nangle
Chairman

Schedule A

<u>MDL-873 -- In re McDonnell Douglas Equipment Leasing Funds Securities Litigation</u>

### Eastern District of Michigan

<u>Richard Waldman, etc. v. Troy Capital Services, Inc., et al.</u>, C.A. No. 90-Civ-72905-DT

### Southern District of New York

<u>Frank Carpi, etc. v. McDonnell Douglas Capital Income Fund-I, et al.</u>, C.A. No. 90-Civ-3448
<u>Michael R. Edelman v. Troy Lease Income Fund, et al.</u>, C.A. No. 90-Civ-6968